**Electronically Filed
Supreme Court
SCWC-19-0000166
25-NOV-2020
03:23 PM
Dkt. 24 ODAC**

SCWC-19-0000166

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

U.S. BANK TRUST, NATIONAL ASSOCIATION, as Trustee for
WG2 Mortgage Trust VII, Series 2013-1,
Respondent/Plaintiff-Appellee,

vs.

BRETT C. ARIZUMI, Petitioner/Defendant-Appellant,

and

CITIFINANCIAL, INC.; DEPARTMENT OF TAXATION, STATE OF HAWAI'I;
UNITED STATES OF AMERICA; HAWAI'I LAW ENFORCEMENT FEDERAL CREDIT
UNION, fka Honolulu Police Federal Credit Union; RENE MATSUURA;
ZACHARY KONDO; IVY ROOT; RADFORD REAL; and ASSOCIATION OF
APARTMENT OWNERS OF 3036 KAHALOA DRIVE,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000166; CIV. NO. 1CC141001769)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, and Wilson, JJ.,
Circuit Judge Kubota, in place of McKenna, J., recused, and
Circuit Judge Bissen, assigned by reason of vacancy)

Petitioner/defendant-appellant Brett C. Arizumi's
application for writ of certiorari, filed on October 28, 2020, is
hereby rejected.

DATED:  Honolulu, Hawai'i, November 25, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Michael D. Wilson

/s/ Richard T. Bissen, Jr.

/s/ Peter K. Kubota

